# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2543
Fax: 919-483-2690

**DATE:** October 30, 2017

**FROM:** Mark Culp
U.S. Probation Officer

**SUBJECT:** SAMPSON, Daniel
Case No.: 7:09-CR-143-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On April 14, 2010, pursuant to a guilty plea to Conspiracy to Distribute and Possession With Intent to Distribute 5 Kilograms or More of Cocaine, Daniel Sampson appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 84 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on October 17, 2014, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since April 2016. His term of supervision is set to expire on October 16, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____   11-7-17
Terrence W. Boyle                 Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.   Crim. No. 7:09-CR-143-1BO

**DANIEL SAMPSON**

On October 17, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Mark Culp<br>Mark Culp<br>U.S. Probation Officer<br>150 Rowan Street, Suite 110<br>Fayetteville, NC 28301-5730<br>Phone: 910-818-0685<br>Executed On: October 30, 2017 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___7___ day of _November_, 2017.

Terrence W. Boyle  
U.S. District Judge